I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-4-12

DEPUTY CLERK

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| THELLAS SANDERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. EDCV 12-1793-MLG<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: December 4, 2012

　　　　　　　　　　　　　　　　MARC L. GOLDMAN
　　　　　　　　　　　　　　　　Marc L. Goldman
　　　　　　　　　　　　　　　　United States Magistrate Judge